**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

CORNELIUS LAMAR MOODY,

       Plaintiff,

      v.

MARTY ALLEN; CALVIN ORR; JOHN
DOE EMMINS; LEON CARTER; STANLEY
WILLIAMS; TREVONZA BOBBITT; and
JANET BREWTON,

       Defendants.

CIVIL ACTION NO.: 6:15-cv-130

**O R D E R**

    After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), as set forth herein. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** based on his failure to follow this Court's Orders and failure to prosecute. The Clerk of Court is **DIRECTED** to **CLOSE** this case and enter the appropriate judgment of dismissal. Should Plaintiff file an appeal, he shall be **DENIED** *in forma pauperis* status on appeal.

    **SO ORDERED**, this _____ day of April, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA