# United States District Court
## Southern District of Georgia

CORNELIUS LAMAR MOODY

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-130

MARTY ALLEN; CALVIN VIN ORR; JOHN DOE EMMINS; LEON CARTER; STANLEY WILLIAMS, TREVONZA BOBBITT; and JANET BREWTON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 1, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED without prejudice and stands CLOSED.

April 1, 2016
Date



Scott L. Poff
Clerk

(By) Deputy Clerk